In the Matter of Mary Wise ADAIR No. 178 DB 2002 (No. 17 RST 2003).

Supreme Court of Pennsylvania.

Aug. 1, 2003.

## ORDER

PER CURIAM:

AND NOW, this 1st day of August, 2003, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated June 27, 2003, are approved and IT IS ORDERED that MARY WISE ADAIR, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

Nathaniel STEWART, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 11, 2003.

## ORDER

PER CURIAM.

AND NOW, this 11th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.